IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD R. HUENE, )
)
    Plaintiff, )
) No. 2:11-cv-2109-JAM-KJN
v. )
)
) <u>ORDER GRANTING THE</u>
U.S. DEPARTMENT OF THE TREASURY ) <u>INTERNAL REVENUE SERVICE'S</u>
INTERNAL REVENUE SERVICE, ) <u>MOTION TO APPEAR BY PHONE</u>
)
    Defendant. )

Having considered the Internal Revenue Service's Motion to Appear By Phone, and good cause having been shown, it is hereby

ORDERED that the motion is GRANTED, and is it further

ORDERED that counsel for the Internal Revenue Service is allowed to appear by phone at the hearing scheduled on August 23, 2012, at 10:00 am, on the Internal Revenue Service's motion for summary judgment. The court will contact counsel at (202) 216-9806.

DATED: August 20, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE